# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN B. ZUKOR,<br><br>   Plaintiff,<br><br>  v.<br><br>JAMES COX et al.,<br><br>   Defendants. | 2:14-cv-1814-JCM-GWF<br><br>**ORDER** |

## I. DISCUSSION

On March 12, 2015, this Court issued a screening order and stayed the case for 90 days to give the parties an opportunity to meet with a court-appointed mediator. (ECF No. 4, 7). This Court directed Defendants to file the 90-day stay report on or before June 10, 2015. (*See* ECF No. 9 at 2).

On June 9, 2015, Defendants filed a motion for an extension of time to file their status report. (ECF No. 9). Defendants seek an extension of time to file their status report because the Inmate Early Mediation Conference is scheduled for July 24, 2015. (*Id.* at 2).

The Court grants the motion for an extension of time. Defendants shall file their status report on or before July 31, 2015.

. . .

. . .

. . .

. . .

. . .

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 9) is granted.  Defendants shall file their status report on or before July 31, 2015.

DATED: This 11th day of June, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge