# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MELVIN B. ZUKOR,

    Plaintiff,

vs.

JAMES COX, ET AL.,

    Defendants.

Case No. 2:14-cv-01814-JCM-GWF

**ORDER**

    This matter is before the Court on Defendants' Motion for Extension of 90-Day Stay (#12), filed on July 29, 2015.

    Defendants move for a thirty day extension of the current stay. Defendants represent that a settlement has been reached and that thirty more days will allow the parties to prepare the settlement terms. In those thirty days, the parties will also submit a stipulation for dismissal. The Defendants have sufficiently established good cause for granting the extension of time. Accordingly,

    **IT IS HEREBY ORDERED** that Defendants' Motion for Extension of 90-Day Stay (#12) is **granted**. The parties shall submit the settlement agreement and a stipulation of dismissal by **August 31, 2015**.

    **DATED** this 3rd day of August, 2015.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge